# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2374
LT Case No. 2023-CF-004417-A

_____

JAMES ELLIOTT DAVIS, II,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

David M. Lamos, Ft. Pierce, for Appellant.

James Uthmeier, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Appellee.


January 13, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____